CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARCUS B. LAWRENCE<br><br>Plaintiff<br>v.<br><br>VANESSA P. ADAMS<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case Number 06-1387 (JMF)<br><br>Category G |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on September 14, 2007 from Judge John Garrett Penn to Magistrate Judge John M. Facciola by direction of the Calendar Committee.

(See Local Rule 57.14.)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc: Judge Penn & Courtroom Deputy
Magistrate Judge Facciola & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk