CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY LEWIS | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Civil Case Number 97-608 (JMF) |
| | ) |
| | ) Category G |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant | ) |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>September 14, 2007</u> from <u>Judge John Garrett Penn</u> to <u>Magistrate Judge John M. Facciola</u> by direction of the Calendar Committee.

(See Local Rule 57.14.)

<u>JUDGE ELLEN SEGAL HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:  <u>Judge Penn</u> & Courtroom Deputy
<u>Magistrate Judge Facciola</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk