# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCUS B. LAWRENCE ) | |
| Plaintiff ) | Civil Case Number 06-1387 (AK) |
| v. ) | |
| VANESSA P. ADAMS ) | Category    G |
| Defendant ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 26, 2007</u> from <u>Magistrate Judge John M. Facciola</u> to <u>Magistrate Judge Alan Kay</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc: <u>Magistrate Judge Facciola</u> & Courtroom Deputy
<u>Magistrate Judge Kay</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓