IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARCUS B. LAWRENCE, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 06-1387 |
| VANESSA P. ADAMS, | ) | |
| Respondent. | ) | |

**FILED**

DEC - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

By direction of the Calendar Committee, the above-captioned case is reassigned to Chief Judge Thomas F. Hogan.

ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

Date: December 3, 2007