CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARCUS B. LAWRENCE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 06-1387 (TFH) |
| | ) | |
| VANESSA P. ADAMS | ) | Category     G |
| | ) | |
| Defendant | ) | |

**REASSIGNMENT OF CIVIL CASE**

The above-entitled case was reassigned on <u>December 5, 2007</u> from <u>Magistrate Judge Alan Kay</u> to <u>Chief Judge Thomas F. Hogan</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee


cc:   <u>Magistrate Judge Kay</u> & Courtroom Deputy
      <u>Chief Judge Hogan</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk