UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS B. LAWRENCE

v.

VANESSA P. ADAMS

Civil No. 06-1387 (TFH/AK)

### ORDER

Pursuant to LCvR 72.3 of the Rules of the United States District Court for the District of Columbia, it hereby is **ORDERED** that this case shall be referred to United States Magistrate Judge Alan Kay for all purposes authorized by the rule.

**SO ORDERED.**

December 6, 2007

Thomas F. Hogan
Chief Judge