2/24/08

06-1387 (AK)

Dear Mrs. N. Whittington

I have talked to you on the matter of case #1:06-CV-01387-AK and you have kept me up to date or connected me to the docket clerk. It seem to be some type of mistake or misunderstanding concerning this case could you please help me out here. Here's what happen,

I talked to some clerk there on 2-22-08 and she didn't give her name but she told me that my case was close. Now no one has sent me any type of legal dockets or legal documents or memorandum(s) concerning this civil case. I am the representor of this said case it's pro-se. My last docket sheet show that case was order referred back to Magistrate Judge Alan Kay, signed by Chief Judge Thomas F. Hogan on 12/6/07. The enter date is 12-10-2007. My question is how did it get close and who authorize it? I need a docket sheet to show what is happening concerning this case please send me a docket sheet and any other documents concerning this case. The Government never answer me by the do date, so there should had been some type of hearing.

Thank you very much for reading my letter.
Please send me the document that I have ask for.

May God Bless you and your family

[signature]
16144016

RECEIVED
MAR 5 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

My new address

MARCUS B. LAWRENCE
RE; NO: 16144016
Federal Correctional Institution - Gilmer
P.O. Box 6000
Glenville, West Virginia 26351-6000

Thank you again very much

*[signature]*